```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                   Case No. 08-cr-168-PB

**Paul Ryder, et al.**


### **O R D E R**

Defendant Paul Ryder, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing counsel's scheduling conflict with the current trial date.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 25, 2009 final pretrial conference is continued to May 21, 2009 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 21, 2009

cc: Paul Garrity, Esq.
    Richard Monteith, Jr., Esq.
    Donald Feith, Esq.
    United States Probation
    United States Marshal